

UNITED STATED DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| BROOK HEMMER, | \* | CIV. 07-4079 |
| Plaintiff, | \* | |
| -vs- | \* | JUDGMENT |
| GAYVILLE-VOLIN SCHOOL DISTRICT, a South Dakota political subdivision; and JASON SELCHERT, individually and in his official capacity | \* | |
| Defendants and Third Party Plaintiffs, | \* | |
| -vs- | \* | |
| BRAD OAKLEY, | \* | |
| Third Party Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the Memorandum Opinion and Order filed this date with the Clerk,

IT IS ORDERED, ADJUDGED and DECREED that Judgment is entered in favor of Defendants and Third Party Plaintiffs, Gayville-Volin School District and Jason Selchert, and Third Party Defendant, Brad Oakley, on all of Plaintiff's claims in the Complaint.

Dated this 20th day of February, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY